LIVINGSTON *et al. v.* METROPOLITAN EL. RY. Co. *et al.*

(*Superior Court of New York City, General Term.* February, 1892.)

Appeal from judgment on report of referee.
Action by Morgan L. Livingston and Sylvia Livingston against the Metropolitan Elevated Railway Company and another. From a judgment for plaintiffs, defendants appeal. Affirmed. For former reports, see 16 N. Y. Supp. 110, and 17 N. Y. Supp. 486.
Argued before SEDGWICK, C. J., and DUGRO and GILDERSLEEVE, JJ.
*Davies & Rapallo*, (*Herbert Barry*, of counsel,) for appellants. *Olin, Rives & Montgomery*, (*George L. Rives*, of counsel,) for respondents.

GILDERSLEEVE, J. The judgment permits the defendants to pay to plaintiffs the sum of $4,000, with interest from the date of the report, in avoidance of the injunction restraining defendants from maintaining and operating their elevated railroad in front of premises Nos. 72 and 74 West Broadway, in the city of New York; and it awards to plaintiffs the sum of $269.33 as damages, together with costs and allowance. The property involved in this case adjoins the premises which are the subject-matter of the case of *Julia Livingston* against *These Defendants*, affirmed at this general term, 18 N. Y. Supp. 203, and the two cases rest upon the same evidence, and present precisely the same questions. For the reasons stated in the opinion in the said case of *Julia Livingston* against *These Defendants*, the judgment herein is affirmed, with costs. All concur.